UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES ANDERSON and JOHN O'MEARA, as Trustees and Fiduciaries of the Local 966 Welfare Trust Fund,

           Plaintiffs,

-against-

736 WILLOUGHBY HOUSING DEVELOPMENT FUND CORPORATION d/b/a LISA MANAGEMENT, INC. d/b/a EMERGE ASSOCIATES LLC, LINCOLN N. VAN BUREN HOUSING DEVELOPMENT FUND COMPANY, INC., d/b/a LISA MANAGEMENT, INC. d/b/a EMERGE ASSOCIATES LLC, S. RICHARDS INC., d/b/a LISA MANAGEMENT, INC. d/b/a EMERGE ASSOCIATES LLC, and EMERGE ASSOCIATES LLC, d/b/a LISA MANAGEMENT, INC.,

           Defendants.

**ORDER**

20 Civ. 4137 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that this case is stayed until **November 1, 2020** for settlement discussions. By **November 1, 2020**, the parties are directed to file a joint letter regarding the status of those settlement discussions. By **October 8, 2020**, Plaintiffs will file a letter indicating whether they plan to move for default against Defendants 736 Willoughby Housing Development Fund Corporation and Lincoln N. Van Buren Housing Development Fund Company, Inc., and if so, will move for default by **October 15, 2020**.

Dated: New York, New York
       October 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge