

**Lisa M. Gomez, Partner**
Tel:   212.356.0235
Fax:   646.473.8235
lgomez@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

October 8, 2020

By ECF

Honorable Paul G. Gardephe
U.S.D.C. Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007-1312

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: October 9, 2020

Re: *Anderson, et al., as Trustees of the Local 966 Welfare Trust Fund v. 736 Willoughby Housing Development Fund Corporation d/b/a Lisa Management, Inc. d/b/a Emerge Associates LLC, et al.*, 20 Civ No. 4137 (PGG)

Dear Judge Gardephe:

This office represents Plaintiffs in the above-referenced case. We write regarding your Order requesting that Plaintiffs file a letter indicating whether we plan to move for default against Defendants, 736 Willoughby Housing Development Fund Corporation and Lincoln N. Van Buren Housing Development Fund Company, Inc.

Plaintiffs respectfully request a one (1) week extension to make this decision and advise the Court because we are still researching these two companies and need to confirm whether they are still active corporations and the relationship between them and defendant Emerge LLC to determine how to proceed.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/ Lisa M. Gomez

Lisa M. Gomez

LMG/sa

cc: Dan Morris, Esq.
     Evan Richards, Esq.

9553696.1