UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES ANDERSON and JOHN O'MEARA, as Trustees and Fiduciaries of the Local 966 Welfare Trust Fund,

        Plaintiffs,

-against-

736 WILLOUGHBY HOUSING DEVELOPMENT FUND CORPORATION d/b/a LISA MANAGEMENT, INC. d/b/a EMERGE ASSOCIATES LLC, LINCOLN N. VAN BUREN HOUSING DEVELOPMENT FUND COMPANY, INC., d/b/a LISA MANAGEMENT, INC. d/b/a EMERGE ASSOCIATES LLC, S. RICHARDS INC., d/b/a LISA MANAGEMENT, INC. d/b/a EMERGE ASSOCIATES LLC, and EMERGE ASSOCIATES LLC, d/b/a LISA MANAGEMENT, INC.,

        Defendants.

**ORDER OF DEFAULT**

20 Civ. 4137 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint was filed on May 28, 2020 (Dkt. No. 1), and Plaintiffs served Defendant 736 Willoughby Housing Development Fund Corporation ("Willoughby") on July 23, 2020.  (Dkt. No. 12)

        Defendant Willoughby has not filed an answer, moved against the Complaint, or appeared in this action.  (See Certificate of Default (Dkt. No. 40))

        This Court ordered Defendant Willoughby to show cause on December 10, 2020 why a default judgment should not be entered against it, and Plaintiffs served the show cause order on Defendant Willoughby on November 20, 2020.  (Dkt. No. 56)

Defendant filed no opposition to Plaintiffs' motion for a default judgment and did not appear at the December 10, 2020 hearing.

For the reasons stated above, an order of default is entered against Defendant 736 Willoughby Housing Development Fund Corporation.

This matter is referred to Magistrate Judge Cott for an inquest on damages and a recommendation concerning Plaintiffs' request for an award of costs and attorneys' fees. The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
December 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge