UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES ANDERSON and JOHN O'MEARA, as Trustees and Fiduciaries of the Local 966 Welfare Trust Fund,

        Plaintiffs,

-against-

736 WILLOUGHBY HOUSING DEVELOPMENT FUND CORPORATION d/b/a LISA MANAGEMENT, INC. d/b/a EMERGE ASSOCIATES LLC, LINCOLN N. VAN BUREN HOUSING DEVELOPMENT FUND COMPANY, INC., d/b/a LISA MANAGEMENT, INC. d/b/a EMERGE ASSOCIATES LLC, S. RICHARDS INC., d/b/a LISA MANAGEMENT, INC. d/b/a EMERGE ASSOCIATES LLC, and EMERGE ASSOCIATES LLC, d/b/a LISA MANAGEMENT, INC.,

        Defendants.

**ORDER**

20 Civ. 4137 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

        This matter is stayed for thirty days while the parties engage in settlement discussions.  By **April 4, 2021,** the parties will file a joint letter regarding the status of their settlement discussions.  If settlement discussions are not successful, the Court will enter a case management plan.

Dated: New York, New York
       March 4, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge